No. 966. GENERAL MOTORS CORP. *v.* LARSON ET AL. June 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. The CHIEF JUSTICE and MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr.*

*Drury W. Cooper* for petitioner. *Messrs. Edward Vogel* and *Murray M. Cowen* for respondents.